**Motion Granted; Dismissed and Memorandum Opinion filed March 26, 2019**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00007-CV

### DINA LOUISE GALICIA, Appellant

### V.

### STEPHEN A. MCDANIEL, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2018-82258**

### MEMORANDUM  OPINION

This appeal is from a judgment signed December 3, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 7, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). On March 4, 2019, appellee filed a motion to dismiss the appeal for want of prosecution.

Appellant has not provided this court with proof of payment for the record or otherwise responded to this court's February 7, 2019 notice or appellee's motion. Accordingly, appellee's motion is granted, and the appeal is ordered dismissed for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.